# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADRIAN GARCIA, | § | |
| | § | |
|     Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-173 |
| | § | |
| SIX UNKNOWN NAMED AGENTS, *et al*, | § | |
| | § | |
|     Defendants. | § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS**

On July 7, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court dismiss plaintiff's civil rights action for failure to prosecute. A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. The mailing has been returned by the U.S. Post Office marked as undeliverable, the Bureau of Prisons website indicates the plaintiff has been released, and the plaintiff has not informed the Court of a new mailing address. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's civil rights action is dismissed for failure to prosecute.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 27th day of September, 2011.

Janis Graham Jack
Senior United States District Judge